Carl O. AHRENDT v. Robert W. BONYNGE, Agent of the United States before the Mixed Claims Commission, United States and Germany.[1]

No. 6545.

Circuit Court of Appeals, Sixth Circuit.

May 8, 1934.

Otto C. Sommerich, of New York City, and H. W. McLeod, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

Estella ANDERSON et al. v. COMPAGNIE MARITIME BELGE (LLOYD ROYAL) SOCIETY, Claimant of THE SS MERCIER, etc.

No. 7521.

Circuit Court of Appeals, Ninth Circuit.

Sept. 12, 1934.

For opinion below, see 5 F. Supp. 511.

William P. Lord, of Portland, Or., for appellant.

Wood, Montague, Mathiessen & Rankin and Erskine Wood, all of Portland, Or., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon hearing oral arguments of proctors for respective parties, and consideration of the apostles on appeal and briefs filed in this cause, it is ordered that the decree of the District Court be affirmed, and that a decree be filed and entered accordingly.

Hobart ARD, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 7184.

Circuit Court of Appeals, Fifth Circuit.

Oct. 6, 1934.

In forma pauperis.

Robert Ard, of Atlanta, Ga., in pro. per.

H. T. Nichols, Sp. Atty., of Atlanta, Ga., for appellee.

Before BRYAN, HUTCHESON, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

Howard ARMSTRONG, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 7216.

Circuit Court of Appeals, Fifth Circuit.

Oct. 8, 1934.

In forma pauperis.

Howard Armstrong, of Atlanta, Ga., in pro. per.

H. T. Nichols, Sp. Atty., of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

---

[1] Opinion below not for publication.